COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Luis Gilbert Abrego

Appellate case number:   01-18-00263-CR & 01-18-371-CR

Trial court case number:  1582429 & 1578737

Trial court:                    262nd District Court of Harris County

This court abated these appeals and ordered supplemental clerk's records containing the trial court's certification of defendant's right to appeal.  A supplemental clerk's record has been filed in each cause containing a certification indicating that this is not a plea-bargain case and the defendant has the right to appeal.

Accordingly, we reinstate the appeals on the active docket.

The court reporter advised this court that appellant had not made financial arrangements for the filing of the reporter's record. Because the clerk's record contained a motion to appoint counsel that allegedly contained an attached affidavit of indigence, this court ordered the trial court clerk to file a supplemental clerk's record containing this affidavit.  The supplemental clerk's record was filed. Appellant's affidavit of indigence indicates that appellant has no assets or property of any kind.  The clerk's record does not contain any trial court order concerning appellant's affidavit of indigence. *See* TEX. R. CIV. P. 145(a) (party who files statement of inability to afford payment of costs on appeal cannot be required to pay costs unless trial court orders payment).

Accordingly, the court concludes that appellant is unable to afford the payment of costs on appeal and we order the court reporter to file the reporter's records at no cost to appellant **within 30 days of the date of this order**.

The court also orders briefing in this case. *See* TEX. R. APP. P. 31.1.  Appellant's brief is due **within 20 days of the date the reporter's record is filed**. The State's brief will be due **within 20 days of the date appellant's brief is filed**.

It is so ORDERED.

Judge's signature: <u>Jennifer Caughey</u>
                                ☐ Acting individually     ☐ Acting for the Court

Date:  <u>August 2, 2018</u>